

**ORDERED in the Southern District of Florida on February 9, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  CASE NO.:  15-25761-BKC-RAM
                                                                          Chapter 7
**PURA N DELGADO**
SSN: XXX-XX-0202

       Debtor(s).       /

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION FOR
COMPROMISE AND SETTLEMENT REGARDING (A) VALUATION AND REPURCHASE
OF DEBTOR'S NON-EXEMPT ASSETS AND (B) TURNOVER OF THE ESTATE'S
INTEREST IN THE DEBTOR'S 2015 TAX REFUND, IF ANY**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Motion to

Approve Stipulation for Compromise and Settlement Regarding (A) Valuation and

Repurchase of Debtor's Non-Exempt Assets and (B) Turnover of the Estate's interest in the

Debtor's 2015 tax refund, if any (the "Motion"), and the Court, having reviewed the Motion,

having noted that no objections were filed, finding that the settlement subject of the Motion

meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and

thus, is in the best interests of this Estate, finding that the notice of the proposed

compromise and settlement is sufficient to comply with Bankruptcy Rules 9019 and

CASE NO.:  15-25761-BKC-RAM

2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, and the movant, by submitting this form of order, having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, it is

**ORDERED** as follows:

1.      The Motion is granted.

2.      The compromise and settlement is approved on the terms and conditions set forth in the Motion and the Stipulation attached to the Motion, and as follows:

| ASSET DESCRIPTION | PRORATION % | SETTLED VALUE OF ASSET |
|---|---|---|
| Cash | 0.27% | $                 13.26 |
| BOA | 10.61% | $               530.50 |
| HHG | 9.28% | $               464.19 |
| Clothing | 0.13% | $                   6.63 |
| Jewelry | 0.13% | $                   6.63 |
| 2008 Nissan Versa | 79.58% | $            3,978.78 |

The Trustee and the Debtor agree that the Settlement Amount shall be paid as a lump sum of $6,000.00 on or before <u>February 1, 2016.</u>

The Debtor agrees that 67% of the Refund, if any, is property of the Estate, and consents to the direct payment by the Internal Revenue Service ("IRS") of the full amount the Refund to the Trustee. To the extent that the IRS does not forward the Refund directly to the Trustee, the Debtor agrees to forward the Refund check received from the IRS to the Trustee immediately upon receipt of same.  In the event that the Debtor receives the Refund by electronic transfer or direct deposit, the Debtors agree to remit the full amount of the Refund received, in the form of a cashier's check or money order, to the Trustee, within three (3) days of receipt. The Debtor further agrees not to spend any portion of the Refund, or take any actions, including but not limited to instructing the IRS to apply the Refund to future tax obligations, which would impair the Estate's interest in the Refund.

The Debtor agrees to file their 2015 Federal Income Tax Return on or before April 15, 2016, and to provide a copy to the Trustee within three (3) days of filing same.

CASE NO.:  15-25761-BKC-RAM

3.    The Court incorporates the terms of the Stipulation into this Order and retains

jurisdiction to enforce the terms thereof.

# # #

Submitted by:

Joel L. Tabas
Tabas, Freedman & Soloff, P.A.
Attorneys for the Chapter 7 Trustee
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:

Joel L. Tabas
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.